# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**KRISTIN HIESHETTER (nee McDonough) and
MATTHEW HIESHETTER,**

           Plaintiffs,

    V.                      CASE NUMBER: **10-C-807**

**LIBERTY INSURANCE CORPORATION,**

           Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that judgment is entered in favor of the defendant and against the plaintiffs on their legal malpractice claim.**

**The defendant's motion for summary judgment is GRANTED.**

**This action is hereby DISMISSED.**

    **March 20, 2012**                                    **JON W. SANFILIPPO**
Date                                                          Clerk

                                                                       s/ Linda M. Zik
                                                                       (By) Deputy Clerk